IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTER DAY,

    Plaintiff,

v.                                                    CASE NO. 4:07cv138-RH/WCS

DR. J. COLON-MORALES,
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 53). No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The defendants' motion for summary judgment (document 40) is GRANTED. The clerk must enter judgment stating, "The plaintiff's claims against the defendants Dr. John D. Colon-Morales and Dr. Eulogio Vizcarra are dismissed

with prejudice based on the statute of limitations.  The plaintiff's claims against Dr. Bianco are dismissed without prejudice for failure to serve process."  The clerk must close the file.

    SO ORDERED on March 17, 2009.

                                                          s/Robert L. Hinkle
                                                          Chief United States District Judge